TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DEVLIN HOSNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Devlin Hosner

    Defendant.

No. 2:22-CR-00100 JAM

**STIPULATION AND [PROPOSED] ORDER TO VACATE BAIL REVIEW HEARING**

Date: September 9, 2022
Time: 2:00 pm
Dept: Honorable Judge Allison Claire

Mr. Hosner has a bail motion scheduled for September 9, 2022 in this Court. Mr. Hosner is in quarantine at the Rio Consumnes Correctional Center and unavailable for an interview with pretrial services. As such, there will be no pretrial services report for the bail hearing. Mr. Hosner requests that the hearing be vacated. The bail motion will be filed before Judge Delaney for September 19, 2022 to allow for the interview and end of quarantine.

The Government and Pretrial Services are in agreement with this request. As such, the parties stipulate and propose that defendant's bail review hearing currently scheduled for September 9, 2022 be vacated.

////

1

IT IS SO STIPULATED.

Dated: September 6, 2022                By: /s/ Toni White
                                        TONI WHITE
                                        Attorney for Defendant
                                        DEVLIN HOSNER

Dated: September 6, 2022                PHILLIP A. TALBERT
                                        United States Attorney


                                        By: /s/ Samuel Stefanki
                                        SAMUEL STEFANKI
                                        Assistant United States Attorney


## ORDER

Based on the stipulation and representation of the parties, the Court vacates the bail review hearing currently set for September 9, 2022.

DATED: September 6, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE