TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DEVLIN HOSNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Devlin Hosner

    Defendant.

No. 2:22-CR-00100 JAM

[~~PROPOSED~~] ORDER SEALING ATTACHMENTS TO DEFENDANT'S BAIL MOTION

Date:   April 24, 2023
Time:   2:00 pm
Dept:   Honorable Judge Allison Claire

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Devlin Hosner, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 52, and the associated Request to Seal, shall be SEALED until further order of this Court.

Dated: April 20, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1