TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
DEVLIN HOSNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEVLIN HOSNER,<br><br>　　　　Defendant. | No. 2:22-cr-00100-JAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME**<br><br>Date:　October 21, 2025<br>Time:　9:00 am<br>Dept:　Honorable Judge John A. Mendez |

　　　　The Government, by and through its counsel of record, Samuel Stefanki, and defendant Devlin Hosner, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1.　　The parties met and conferred at length since the last date that a stipulation was submitted. Progress was made related to the forfeiture issues in this case and additional material has since been discovered.

2.　　Counsel needs additional time to review the new material with Mr. Hosner and discuss the outcome of the recent meeting with the Government as it relates to his plea agreement as well as his options for trial and other potential resolution. A change of plea is anticipated. Mr. Hosner

is currently in the Butte County jail and counsel needs time to travel to see him. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      a)      The government does not object to the continuance.

      b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2025 to November 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

       IT IS SO STIPULATED.

Dated: October 14, 2025

                                              ERIC GRANT
                                              United States Attorney

                                              /s/ SAMUEL STEFANKI
                                              SAMUEL STEFANKI
                                              Assistant United States Attorney

Dated: October 14, 2025                    /s/ TONI WHITE
                                           TONI WHITE
                                           Counsel for Defendant
                                           DEVLIN HOSNER

## ORDER

Based on the stipulation of the parties, the October 21, 2025 change of plea hearing is **VACATED** and **RESET** for **November 18, 2025, at 9:00 a.m**. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between October 21, 2025 and November 18, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from October 21, 2025, to and including November 18, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: October 15, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE