TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1068
Placerville, CA. 95667
(530) 885-6244

Attorney for Defendant
DEVLIN HOSNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVLIN HOSNER,<br><br>Defendant. | No. 2:22-cr-00100-JAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING**<br><br>Date:  November 18, 2025<br>Time:  9:00 am<br>Dept:  Honorable Judge John A. Mendez |

The Government, by and through its counsel of record, Samuel Stefanki, and defendant Devlin Hosner, by and through defendant's counsel of record, Toni White, hereby stipulate as follows:

1. Mr. Hosner is currently housed in Butte county jail, which requires travel time for counsel and investigative staff to visit. Additional discovery has been made available regarding the forfeiture provisions of a potential change of plea. Due to the extended CJA funding crisis, defense counsel has had limited availability for travel to Butte county for required additional meetings related to the forfeiture provisions as well as issues related to trial.

2. This matter is currently set for a change of plea on November 18, 2025.  By this

stipulation, defendant now moves to set a change of plea for December 9, 2025 and to exclude time between November 18, 2025, and December 9, 2025, under Local Code T4. Barring another unforeseen event, it is anticipated that the matter will be ready to move forward on December 9, 2025 with an open change of plea or entry of guilty plea pursuant to a plea agreement.

3.     The parties agree and stipulate, and request that the Court find the following:

   a)   The discovery associated with this case includes thousands of pages of documents, photographs, and laboratory results, including materials derived from the dark web along with results of forensic examinations of electronic devices and of email search warrants. Much of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The government has represented that the discovery associated with this case includes investigative reports, photographs, and video and audio recordings. This discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for the defendant desires additional time to consult with her client, conduct investigation and research related to the charges, discuss potential resolution with her client, and to otherwise prepare for trial.

   Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b)   The government does not object to the continuance.

   c)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2025 to December

9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

       IT IS SO STIPULATED.

Dated:  November 10, 2025

                                   ERIC GRANT
                                   United States Attorney

                                   /s/ SAMUEL STEFANKI
                                   SAMUEL STEFANKI
                                   Assistant United States Attorney

Dated:  November 10, 2025              /s/ TONI WHITE
                                   TONI WHITE
                                   Counsel for Defendant
                                   DEVLIN HOSNER

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the November 18, 2025 change of plea hearing and **RESETS** the matter for **December 09, 2025, at 9:00 a.m.**

The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between November 18, 2025 and December 9, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from November 18, 2025, to and including December 9, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

**No further extensions will be granted absent good cause shown**.

IT IS SO ORDERED.

Dated: November 10, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE