TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1068
Placerville, CA  95667
Telephone:  (530) 885-6244

Attorney for Defendant
DEVLIN HOSNER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00100-JAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | |
| DEVLIN HOSNER, | |
| Defendant | |

Defendant DEVLIN HOSNER, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney SAMUEL STEFANKI, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on April 21, 2026.

2.    By this stipulation, defendant now moves to continue the sentencing to **June 16, 2026, at 09:00 a.m.**, given the time needed to prepare for sentencing. The government does not oppose this request. The matter has been continued for sentencing one time at the request of probation, shortly after the change of plea hearing, due to an issue of availability for the court date. This is the first request by defense counsel to continue the sentencing.

3.    Due to the CJA funding lapse last year, the psychologist who wrote the original psychological evaluation has decided not to continue accepting panel assignments. As such, defense counsel needed to find a different psychologist to aid in preparation of sentencing. Additionally, defense counsel had a scheduled meeting to visit with Mr. Hosner in Butte county jail but the

1

meeting had to be rescheduled due to counsel being snowed in in the last winter storm. As such, additional time is needed to complete consultation with Mr. Hosner prior to sentencing.

4. The probation officer, Julie Besabe, is available and is in agreement with the disclosure schedule requested by the parties.

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | June 16, 2026 |
| Reply, or Statement of Non-opposition: | **June 09, 2026** |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **June 02, 2026** |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | **May 26, 2025** |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | **May 19, 2025** |
| The Proposed Pre-Sentence Report Shall Be Disclosed to Counsel no Later Than: | **May 05, 2025** |

IT IS SO STIPULATED.

Dated: March 9, 2026

ERIC GRANT
United States Attorney

By:   */s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant U.S. Attorney

For the United States

Dated: March 9, 2026

By:   */s/ Toni White*
TONI WHITE
For Defendant
Devlin Hosner

2

**O R D E R**

**IT IS SO ORDERED**.

Dated: March 12, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3