ERIC GRANT
United States Attorney
SAM STEFANKI
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVLIN HOSNER,

Defendant.

2:22-cr-00100-JAM-2

**FINAL ORDER OF FORFEITURE**

On January 30, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between the United States of America and defendant Devlin Hosner forfeiting to the United States the following property:

a. Approximately $100,000.00 of the $214,842.60 seized from JP Morgan Chase Bank Account Number 623081319, and

b. 2021 Chevrolet Silverado 1500 Custom Truck, VIN: 1GCRWBEK4MZ163537, License Number 26288D3.

Beginning on February 20, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property, pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Devlin Hosner:

a. Approximately $100,000.00 of the $214,842.60 seized from JP Morgan Chase Bank Account Number 623081319, plus all accrued interest, and

b. 2021 Chevrolet Silverado 1500 Custom Truck, VIN: 1GCRWBEK4MZ163537, License Number 26288D3.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service-Criminal Investigation (or its designee) shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the Internal Revenue Service-Criminal Investigation shall return $114,842.60 of the $214,842.60 seized from JP Morgan Chase Bank Account Number 623081319 to defendant Devlin Hosner through attorney Toni White.

SO ORDERED.

Dated: August 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE